WILLIAM H. FOSTER, Respondent, *v.* THE STANDARD NATIONAL BANK, Appellant.

APPEAL from orders denying motions to resettle.

Philip Carpenter, for appellant.

Joseph G. Gay, for respondent.

*Per Curiam.*   Orders denying motions to resettle case, and to resettle order affirmed, with $10 costs.

Present:   VAN WYCK, Ch. J., McCARTHY and FITZSIMONS, JJ. Orders affirmed, with $10 costs.